**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BROADCAST MUSIC, INC. et al.,**

        **Plaintiffs,**

**-vs-**                                            **Case No. 6:03-cv-1711-Orl-28DAB**

**FUEL ENTERTAINMENT, INC.,**
**HOWARD NAVIN,**

        **Defendants,**
**and**

**SOUTHTRUST BANK, N.A.,**

        **Garnishee.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR DEFAULT AGAINST DEFENDANTS FUEL ENTERTAINMENT, INC., d/b/a FUEL, AND HOWARD NAVIN, FOR FINAL JUDGMENT AFTER DEFAULT UPON CONFESSION OF GARNISHEE SOUTHTRUST BANK (Doc. No. 28)**
>
> **FILED:** April 8, 2005
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Based upon the papers filed by Plaintiffs, it appears that Garnishee SouthTrust Bank holds $19,046.53 in bank accounts titled in the name of Defendants. Doc. No. 26. Although Defendants

were served with the Notices of Garnishment, they have not filed an answer. Doc. No. 24. Under Florida Statute § 77.07, if a defendant fails to move to dissolve a writ within 20 days after service, then judgment may be entered against the party. Fed. R. Civ. P. 55. It is respectfully **RECOMMENDED** that the Motion be GRANTED and (1) the Garnishee SouthTrust Bank be ordered to direct the funds held by it, payable in the amount of $19,046.53 to the Carlton Fields, P.A. Trust Account, for payment to Plaintiffs.

If this recommendation is adopted by the Court, the Clerk should be directed to enter a default and judgment against Defendants Fuel Entertainment, Inc., d/b/a Fuel, and Howard Navin on the writ; awarding Plaintiffs garnishment costs of $140.00; and awarding the Garnishee $100 in compensation for its reasonable attorney's fees.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 21, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy