UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BROADCAST MUSIC, INC., et al

    Plaintiffs,

-vs-                                      Case No. 6:03-cv-1711-Orl-19DAB

FUEL ENTERTAINMENT, INC.,
HOWARD NAVIN

    Defendants,

and

SOUTHTRUST BANK, N.A.

    Garnishee.
_____/

## ORDER

    This case is before the Court on Plaintiff's Motion for Default Against Defendants Fuel Entertainment, Inc., d/b/a Fuel, and Howard Navin, for Final Judgment After Default Upon Confession of Garnishee Southtrust Bank (Doc. No. 28) filed April 8, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 21, 2005 (Doc. No. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Against Defendants Fuel Entertainment, Inc., d/b/a Fuel, and Howard Navin, for Final Judgment After Default Upon Confession of Garnishee Southtrust Bank (Doc. No. 28) is **GRANTED**.

3. Garnishee SouthTrust Bank is **ORDERED** to direct the funds held by it, payable in the amount of $19,046.53 to the Carlton Fields, P.A. Trust Account, c/o Kathleen S. McLeroy, Esquire, P.O. Box 3239, Tampa, Florida, 33601-3239 to Plaintiffs.

4. The Clerk of Court is directed to enter a default judgment against Defendants Fuel Entertainment, Inc., d/b/a Fuel, and Howard Navin on the writ, awarding Plaintiffs garnishment costs of $140.00 and awarding the Garnishee $100.00 in compensation for its reasonable attorney's fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6 day of May, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party